IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: O'neal, Susan G | Case Number: 04 B 42601 |
| | Judge: Squires, John H |
| Printed: 02/03/09 | Filed: 11/16/04 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 29, 2009
Confirmed: January 5, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,342.45 | |
| Secured: | | 0.00 |
| Unsecured: | | 5,219.98 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 422.47 |
| Other Funds: | | 0.00 |
| Totals: | 8,342.45 | 8,342.45 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | America's Financial Choice Inc | Unsecured | 766.95 | 766.95 |
| 3. | Brother Loan & Finance | Unsecured | 396.96 | 396.96 |
| 4. | Americash Loans, LLC | Unsecured | 546.99 | 546.99 |
| 5. | Americash Loans, LLC | Unsecured | 1,585.55 | 1,585.55 |
| 6. | AAA Checkmate LLC | Unsecured | 138.77 | 138.77 |
| 7. | Sir Finance Corporation | Unsecured | 1,220.00 | 1,220.00 |
| 8. | Verizon | Unsecured | 564.76 | 564.76 |
| 9. | Chicago Lakeshore Hospital | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Uptown Cash | Unsecured | | No Claim Filed |
| 13. | Cash To Go | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Consultant Radiology of Evanst | Unsecured | | No Claim Filed |
| 16. | Evanston Radiologists Assoc | Unsecured | | No Claim Filed |
| 17. | ENH Radiology | Unsecured | | No Claim Filed |
| 18. | Louis Weiss Memorial Hospital | Unsecured | | No Claim Filed |
| 19. | Northshore University HealthSystem | Unsecured | | No Claim Filed |
| 20. | St Francis | Unsecured | | No Claim Filed |
| | | | $ 7,919.98 | $ 7,919.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: O'neal, Susan G

Printed: 02/03/09

Case Number: 04 B 42601
Judge: Squires, John H
Filed: 11/16/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 25.34 |
| 4% | 15.19 |
| 3% | 11.27 |
| 5.5% | 63.64 |
| 5% | 19.19 |
| 4.8% | 180.92 |
| 5.4% | 79.11 |
| 6.6% | 27.81 |
| | $ 422.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

